CO-386
10/2018

# United States District Court
# For the District of Columbia

SGCI HOLDINGS III LLC and
SOO-HYUNG KIM

              Plaintiff

vs

FEDERAL COMMUNICATIONS
COMMISSION, et al.

              Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.____1:24-cv-1204_____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __SGCI HOLDINGS III LLC_____ which have

any outstanding securities in the hands of the public:

Standard General Master Fund II L.P., a Cayman Islands limited partnership, owns 20.4% of the equity of SGCI Holdings III LLC.

SGCI Holdings LLC, a Delaware limited-liability company, owns 23.90% of the equity of SGCI Holdings III LLC.

EPSG Master SPC Ltd., a Cayman Islands limited corporation, owns 39.1% of the equity of SGCI Holdings III LLC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_DC Bar No. 982312_____
BAR IDENTIFICATION NO.

Tyler R. Green_____
Print Name

222 S. Main St., 5th Fl._____
Address

Salt Lake City, UT 84101_____
City         State        Zip Code

(703) 243-9423_____
Phone Number