AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SGCI HOLDINGS III LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-1204 |
| FCC et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGCI HOLDINGS III LLC and SOOHYUNG KIM.

Date:   04/24/2024

*Attorney's signature*

Tyler R. Green (DC Bar No. 982312)
*Printed name and bar number*
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101

*Address*

tyler@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*