AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SGCI HOLDINGS III LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-1204 |
| FCC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGCI HOLDINGS III LLC and SOOHYUNG KIM.

Date: 04/24/2024

/s/ Daniel M. Vitagliano*
*Attorney's signature*

Daniel M. Vitagliano (DC Bar No. 90019860)
*Printed name and bar number*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

dvitagliano@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*

*Supervised by principals of the firm admitted to practice in VA