# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et a.<br><br>*Defendants*. | Case No. 1:24-cv-1204 |

## MOTION FOR PRO HAC VICE
## ADMISSION OF TAYLOR A.R. MEEHAN

I am a member in good standing of the bar of this Court. Per LCvR 83.2(c), I ask that this Court allow Ms. Taylor A.R. Meehan to appear pro hac vice as counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim. Ms. Meehan is familiar with this case and this Court's rules. She meets all requirements under LCvR 83.2(c).

DATED: April 24, 2024

Respectfully submitted,

/s/ *Frank H. Chang*
Frank H. Chang
  (DC Bar No. 1686578)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com

*Counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim*