IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI Holdings III, LLC and Soohyung Kim,<br><br>PLAINTIFFS,<br><br>v.<br><br>Federal Communications Commission, et al.,<br><br>DEFENDANTS. | CIVIL ACTION NO.  1:24-cv-1204 |

## DECLARATION OF TAYLOR A.R. MEEHAN

1. My full name is Taylor Ann Rausch Meehan.

2. I am a partner at Consovoy McCarthy PLLC. My office address is 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209. My telephone number is 703-243-9423.

3. I am a member of the Illinois, D.C., and Virginia bars.

4. I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to this Court.

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on April 24, 2024.

_____
Taylor A.R. Meehan