# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, et a. <br><br> *Defendants*. | Case No. 1:24-cv-1204 |

## [PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF TAYLOR A.R. MEEHAN

Upon consideration of the motion for pro hac vice admission of Taylor A.R. Meehan, the motion is hereby **GRANTED**.

_____           _____
DATE                                UNITED STATES DISTRICT JUDGE