# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI Holdings III, LLC and Soohyung Kim,<br><br>         Plaintiffs,<br><br>v.<br><br>Federal Communications Commission, et al.,<br><br>         Defendants. | Civil Action No. 1:24-cv-1204 |

## DECLARATION OF PATRICK N. STRAWBRIDGE

1. My full name is Patrick Nielson Strawbridge.

2. I am a partner at Consovoy McCarthy PLLC. My office address is Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109. My telephone number is 617-227-0548.

3. I am a member of the Maine and Massachusetts bars.

4. I have not been disciplined by any bar.

5. Within the last two years, I have been admitted pro hac vice to this Court twice.

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on April 24, 2024.

                                   Patrick Strawbridge