# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et a.<br><br>*Defendants*. | Case No. 1:24-cv-1204 |

## [PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF PATRICK STRAWBRIDGE

Upon consideration of the motion for pro hac vice admission of Patrick Strawbridge, the motion is hereby **GRANTED**.

_____  _____
DATE                        UNITED STATES DISTRICT JUDGE