# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204 |

## NOTICE OF ERRATA

Plaintiffs attach a corrected complaint that lists Defendants' addresses.

DATED: April 25, 2024      Respectfully submitted,

/s/ *Tyler R. Green*

Jeffrey M. Harris
 (DC Bar No. 994058)
Taylor A.R. Meehan*
 (DC Bar No. 106377)
Frank H. Chang
 (DC Bar No. 1686578)
Daniel M. Vitagliano**
 (DC Bar No. 90019860)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
taylor@consovoymccarthy.com
frank@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

Tyler R. Green
 (DC Bar No. 982312)
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

\* *Pro hac vice applications pending*
\*\* *Supervised by principals of the firm admitted to practice in VA*

*Counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim*