AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessica Rosenworcel
was received by me on *(date)* 4/26/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/9/2024

*Server's signature*

Christopher Olson, Research Associate
*Printed name and title*

1600 Wilson Blvd. Suite 700
Arlington, VA 22209

*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND MIDWEST MAY IMPACT DELIVE…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70200090000187224844**

Copy             Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:38 am on April 29, 2024 in WASHINGTON, DC 20554.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20554
April 29, 2024, 6:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chairwoman Jessica Rosenworcel<br>45 L Street NE<br>Washington, D.C. 20554<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7786 2152 4853 53 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>RECEIVED & INSPECTED<br>APR 29 2024<br>FCC MAIL ROOM | |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0001 8722 4844 | | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Federal Communication Commission

was received by me on *(date)*  4/26/2024  .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $  0 .

I declare under penalty of perjury that this information is true.

Date:  5/9/2024

*Server's signature*

Christopher Olson, Research Associate
*Printed name and title*

1600 Wilson Blvd. Suite 700
Arlington, VA 22209

*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND MIDWEST MAY IMPACT DELIVE…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70200090000187224837**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:38 am on April 29, 2024 in WASHINGTON, DC 20554.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20554
April 29, 2024, 6:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Communication Commission
45 L Street NE
Washington, DC 20554

9590 9402 5888 0049 3420 03

2. Article Number (Transfer from service label)

7020 0090 0001 8722 4837

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED & INSPECTED
APR 29 2024
FCC MAIL ROOM

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General Merrick Garland
was received by me on *(date)* 4/26/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:   5/9/2024

*[signature]*
*Server's signature*

Christopher Olson, Research Associate
*Printed name and title*

1600 Wilson Blvd. Suite 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As..   Reset

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND MIDWEST MAY IMPACT DELIVE…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70200090000187229023

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:15 am on April 29, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 29, 2024, 5:15 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty. Gen. Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

9590 9402 5888 0049 3420 27

2. Article Number *(Transfer from service label)*

7020 0090 0001 8722 9023

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
APR 29 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

INSPECTED 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Holly Saurer

was received by me on *(date)* 4/26/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/9/2024

*Server's signature*

Christopher Olson, Research Associate
*Printed name and title*

1600 Wilson Blvd. Suite 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND MIDWEST MAY IMPACT DELIVE…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70200090000187224851**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:38 am on April 29, 2024 in WASHINGTON, DC 20554.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20554
April 29, 2024, 6:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates        ⌄

USPS Tracking Plus®        ⌄

Product Information        ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Holly Saurer<br>45 L Street NE<br>Washington, D.C. 20554 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>RECEIVED & INSPECTED<br>APR 29 2024<br>FCC MAIL ROOM |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5888 0049 3419 90 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 0090 0001 8722 4851 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Civil Process Clerk, U.S. Attorney D.C. was received by me on *(date)*  4/26/2024  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date:    5/9/2024

*Server's signature*

Christopher Olson, Research Associate
*Printed name and title*

1600 Wilson Blvd. Suite 700
Arlington, VA 22209

*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND MIDWEST MAY IMPACT DELIVE…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70200090000187229030

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:15 am on April 29, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 29, 2024, 5:15 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney Office, D.C.
601 D. Street NW
Washington, D.C. 20530

9590 9402 5888 0049 3420 10

2. Article Number (Transfer from service label)

7020 0090 0001 8722 9030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
APR 29 2024

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 22

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20554

Certified Mail Fee $4.40
$3.65
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [ ] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $9.85
Total Postage and Fees $17.90

Sent To Federal Communication Commission
Street and Apt. No., or PO Box No. 45 L Street NE
City, State, ZIP+4® Washington D.C. 20554

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0001 8722 4837

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20554

Certified Mail Fee $4.40
$3.65
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $0.00
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [ ] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $9.85
Total Postage and Fees $17.90

Sent To Chair. Jessica Rosenworcel
Street and Apt. No., or PO Box No. 45 L Street NE
City, State, ZIP+4® Washington DC 20554

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0001 8722 4844

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20554

Certified Mail Fee $4.40
$3.65
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $0.00
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [ ] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $9.85
Total Postage and Fees $17.90

Sent To Holly Saurer
Street and Apt. No., or PO Box No. 45 L Street NE
City, State, ZIP+4® Washington, D.C. 20554

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0001 8722 4851

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

Certified Mail Fee $4.40
$3.65
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $0.00
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [ ] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $9.85
Total Postage and Fees $17.90

Sent To Atty. Gen. Merrick Garland, U.S. DOJ
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4® Washington D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0001 8722 9023

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

Certified Mail Fee $4.40
$3.65
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $0.00
- [ ] Return Receipt (electronic) $0.00
- [ ] Certified Mail Restricted Delivery $0.00
- [ ] Adult Signature Required $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $9.85
Total Postage and Fees $17.90

Sent To Civil Process Clerk, U.S. Atty. D.C.
Street and Apt. No., or PO Box No. 601 D. Street NW



**UNITED STATES POSTAL SERVICE.**

COURT HOUSE ARLINGTON
2043 WILSON BLVD
ARLINGTON, VA 22201-9997
(800)275-8777

04/26/2024                              04:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Washington, DC 20530 Flat Rate | | | |
| Expected Delivery Date Mon 04/29/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70200090000187229030 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 5883 0049 3420 10 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Washington, DC 20530 Flat Rate | | | |
| Expected Delivery Date Mon 04/29/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70200090000187229023 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 5883 0049 3420 27 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Washington, DC 20554 Flat Rate | | | |
| Expected Delivery Date Mon 04/29/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70200090000187224851 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 5883 0049 3419 90 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Washington, DC 20554 Flat Rate | | | |
| Expected Delivery Date Mon 04/29/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70200090000187224844 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 7786 2152 4853 53 | | | |
| Total | | | $17.90 |
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Washington, DC 20554 Flat Rate | | | |
| Expected Delivery Date Mon 04/29/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.40 |
| Tracking #: 70200090000187224837 | | | |
| Return Receipt | | | $3.65 |
| Tracking #: 9590 9402 5883 0049 3420 03 | | | |
| Total | | | $17.90 |
| Grand Total: | | | $89.50 |
| Credit Card Remit | | | $89.50 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1311.

Save this receipt as evidence of
insurance. For information on filing an