UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-1204 (RC) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendants Federal Communications Commission ("FCC"), Jessica Rosenworcel, in her official capacity as Chairwoman of the FCC, and Holly Saurer, in her official capacity as Chief of the FCC's Media Bureau.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　JEREMY S. SIMON, D.C. BAR #447956
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　601 D. Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 252-2528
　　　　　　　　　　　　　　　　Jeremy.Simon@usdoj.gov

　　　　　　　　　　　　　　　　Counsel for Federal Government Defendants