AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SCGI HOLDINGS III LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01204-RC |
| FCC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Allen Media Group, Inc., and Byron Allen   .

Date: June 18, 2024

*Attorney's signature*

Robby S. Naoufal (DC Bar No. 1024359)
*Printed name and bar number*

Miller Barondess, LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA 90067
*Address*

rnaoufal@millerbarondess.com
*E-mail address*

(310) 552-4400
*Telephone number*

(310) 552-8400
*FAX number*