UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No. 24-1204(RC) |
| **FEDERAL COMMUNICATIONS COMMISSION,** *et al.* | * | |
| | * | |
| **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of Paul M. Finamore and Pessin Katz Law, P.A., as counsel for Defendant, United Church of Christ, OC, Inc. *d/b/a* United Church of Christ Media Justice Ministry in the above captioned matter.

Respectfully submitted,

/s/ *Paul M. Finamore*
Paul M. Finamore (#05992)
PESSIN KATZ LAW, P.A.
5950 Symphony Woods Road
Suite 510
Columbia, Maryland 21044
Phone: 410-938-8800
Fax: 410-307-6559
pfinamore@pklaw.com
dricci@pklaw.com
Attorneys for Defendant
*United Church of Christ, OC, Inc.*
*d/b/a United Church of Christ Media Justice*
    *Ministry*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June, 2024, a copy of the foregoing Entry of Appearance of Paul M. Finamore was served CM/ECF to all counsel of record.

                                                  */s/ Paul M. Finamore*
                                                  Paul M. Finamore