AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| SGCI HOLDINGS III LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-1204-RC |
| FCC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Common Cause.

Date: 06/21/2024

/s/ Alison Schary
*Attorney's signature*

Alison Schary (Bar No. 1014050)
*Printed name and bar number*

DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
*Address*

alisonschary@dwt.com
*E-mail address*

(202) 973-4248
*Telephone number*

*FAX number*