UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*<br><br>*Defendants.* | Civil Action No. 24-1204 (RC) |

**JOINT UNOPPOSED MOTION BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, Federal Communications Commission ("FCC"), Jessica Rosenworcel, in her official capacity as Chairwoman of the FCC, and Holly Saurer, in her official capacity as Chief of the FCC's Media Bureau, by and through undersigned government counsel, move the Court for an extension to August 5, 2024 of their deadline to answer or otherwise respond to the Complaint. Counsel for the non-government Defendants join in this motion, through their undersigned counsel, and request that their respective deadlines to answer or otherwise respond to the Complaint also be extended to August 5, 2024, so that there is a uniform response deadline for all Defendants.[1] Plaintiffs do not oppose the relief requested. As grounds for the requested extension, Defendants state as follows.

1. This action was filed on April 24, 2024, and names thirteen Defendants.

---

[1] Counsel for Defendants Goodfriend Group, Inc. and David Goodfriend are not joining in this motion but have advised that they consent to the relief requested.

According to the docket, the respective deadlines for Defendants to respond to the Complaint vary from as early as June 24, 2024 to as late as July 27, 2024.

2.  Counsel for Plaintiffs and Defendants have conferred and have agreed that it would be more efficient for the parties and the Court if a uniform date were set for the Defendants to file their respective responses to the Complaint.   Accordingly, Defendants respectfully request that the deadline for Defendants to file their respective responses to the Complaint be extended to, and including, August 5, 2024, which is the date agreed upon by the parties.

3.  Pursuant to Local Rule 7(m), counsel for Plaintiffs has advised that he does not oppose the relief requested in this motion.

4.  A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Federal Government Defendants

AND

/s/ Paul M. Finamore
Paul M. Finamore, Esquire

Federal Bar #423410
Pessin Katz Law, P.A.
5950 Symphony Woods Road
Suite 510
Columbia, MD 21044
pfinamore@pklaw.com
(410) 740-3170

Attorneys for Defendant United Church of Christ, OC Inc., d/b/a United Church of Christ Media Justice Ministry

AND

*/s/ Jason Covert*
Jason Covert (#1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Ste. 500
Washington, DC 20001-5875
(202) 664-1537
(202) 664-1586 (fax)

Counsel for Defendants News Guild-CWA and National Association of Broadcast Employees and Technicians-CWA

AND

*/s/ Elyse D. Echtman*
Elyse D. Echtman (admission pending)
Steptoe LLP
1114 Avenue of the Americas
New York, New York 10036
eechtman@steptoe.com
(212) 378-7551

William Travis West
Steptoe LLP
1330 Connecticut Avenue, NW
Washington DC   20036
twest@steptoe.com
(202) 429-6442

Counsel for Defendants DISH Network Corp. and Charles Ergen

AND

*/s/ Robby S. Naoufal*
Robby S. Naoufal (#1024359)
Louis R. Miller (pro hac vice forthcoming)
David W. Schecter (pro hac vice forthcoming)
Nadia A. Sarkis (pro hac vice forthcoming)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
rnaoufal@millerbarondess.com
smiller@millerbarondess.com
dschecter@millerbarondess.com
nsarkis@millerbarondess.com
(310) 552-4400

Attorneys for Allen Media, LLC
and Byron Allen

AND

*/s/ Alison Schary*
Alison Schary (#1014050)
Marietta Catsambas (admission pending)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
alisonschary@dwt.com
mariettacatsambas@dwt.com
(202) 973-4200

Counsel for Defendant Common Cause