UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*<br><br>*Defendants.* | Civil Action No. 24-1204 (RC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Unopposed Motion By Defendants For Extension Of Time To Answer Or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that each Defendant shall have to, and including, August 5, 2024, to file the Defendant's respective answer or other response to the Complaint.

SO ORDERED:

_____     _____
Date                                                        United States District Judge