UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; THE ALLEN MEDIA GROUP, INC., f/k/a Entertainment Studios, Inc.; DISH NETWORK CORPORATION; THE GOODFRIEND GROUP, INC.; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>        Defendants. | CASE NO.: 1:24-cv-01204-RC |

**DECLARATION FOR PRO HAC VICE ADMISSION
OF DAVID W. SCHECTER**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

    1.    I am a partner with the law firm of Miller Barondess, LLP. My office address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067. My telephone number is (310) 552-4400 and my fax number is (310) 552-8400.

677233.1

2. I am counsel to Defendants in this action, The Allen Media Group, LLC and Byron Allen.

3. I am a member "in good standing" of the following courts and bar associations: State Bar of California; U.S. Supreme Court; U.S. District Court, Central District of California; U.S. District Court, Eastern District of California; U.S. District Court, Southern District of California; U.S. District Court, Northern District of Illinois; and U.S. Court of Appeals, Ninth Circuit.

4. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

5. There are no proceedings that could lead to any disciplinary action being instituted against me.

6. I have never been admitted pro hac vice in this Court.

7. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2024

David W. Schecter