UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, <br><br>                 Plaintiff, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; THE ALLEN MEDIA GROUP, INC., f/k/a Entertainment Studios, Inc.; DISH NETWORK CORPORATION; THE GOODFRIEND GROUP, INC.; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND, <br><br>                 Defendants. | CASE NO.: 1:24-cv-01204-RC |

**[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF DAVID W. SCHECTER**

Upon consideration of the motion for pro hac admission of David W. Schecter,

the motion is hereby **GRANTED**.


_____          _____
DATE                                                      UNITED STATES DISTRICT JUDGE