UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>                  Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; THE ALLEN MEDIA GROUP, INC., f/k/a Entertainment Studios, Inc.; DISH NETWORK CORPORATION; THE GOODFRIEND GROUP, INC.; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>                  Defendants. | CASE NO.: 1:24-cv-01204-RC |

677221.1

## MOTION FOR PRO HAC VICE ADMISSION OF NADIA A. SARKIS

I am a member in good standing of the bar of this Court. Per LCvR 83.2(c), I ask that this Court allow Ms. Nadia A. Sarkis to appear pro hac vice as counsel for Defendants The Allen Media Group, LLC and Byron Allen. Ms. Sarkis is familiar with this case and this Court's rules. She meets all requirements under LCvR 83.2(c).

Dated: June 21, 2024                                        Respectfully submitted,

*/s/ Robby S. Naoufal*
Robby S. Naoufal
DC Bar No. 1024359
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
(310) 552-4400
rnaoufal@millerbarondess.com