AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SGCI HOLDINGS III LLC, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-1204-RC |
| FEDERAL COMMUNICATIONS COMMISSION, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DISH Network Corporation and Charles Ergen.

Date: 07/02/2024

/s/ Elyse D. Echtman
*Attorney's signature*

Elyse D. Echtman; D.C. Bar #NY0583
*Printed name and bar number*

Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
*Address*

eechtman@steptoe.com
*E-mail address*

(212) 378-7551
*Telephone number*

(212) 506-3950
*FAX number*