AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-1204-RC |
| FCC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGCI HOLDINGS III LLC and SOOHYUNG KIM.

Date:   07/12/2024

/s/ Patrick Strawbridge
*Attorney's signature*

Patrick Strawbridge (ME 10024)
*Printed name and bar number*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
*Address*

patrick@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*