AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-1204-RC |
| FCC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGCI HOLDINGS III LLC and SOOHYUNG KIM.

Date:   07/12/2024

/s/ Taylor A.R. Meehan
*Attorney's signature*

Taylor A.R. Meehan (DC Bar No. 106377)
*Printed name and bar number*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

taylor@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*