IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SGCI HOLDINGS III LLC and
SOOHYUNG KIM,

                  *Plaintiffs*,

v.

FEDERAL COMMUNICATIONS
COMMISSION ET AL.,

                  *Defendants*.

Case No. 1:24-cv-1204-RC

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADINGS

      All Defendants have consented to Plaintiffs' filing of an amended complaint. *See* Fed. R. Civ. P. 15(a)(2). Plaintiffs request that they have until August 9, 2024, to file the amended complaint and that the deadline for Defendants to file responsive pleadings be postponed to September 9, 2024. No Defendant opposes this request.

      In support of this motion, Plaintiffs state as follows:

      1.     On June 24, 2024, this Court granted the FCC's joint unopposed motion for extension of time to answer or otherwise respond to the complaint. Defendants' answers or motions to dismiss the complaint are currently due on August 5, 2024.

      2.     All Defendants have consented to Plaintiffs' filing of an amended complaint. *See* Fed. R. Civ. P. 15(a)(2). Plaintiffs request leave to file the amended complaint by August 9, 2024, and postponement of Defendants' responsive pleading deadline from August 5, 2024, to September 9, 2024. No Defendant opposes this request.

      3.     No party will be prejudiced; all parties agree to this proposed schedule. The extension of time will serve the interest of judicial economy by allowing Defendants to respond to Plaintiffs'

1

amended complaint. And this Court's proceedings will not be unduly prolonged by the amendment or that modest extension of time for Defendants.

For these reasons, Plaintiffs respectfully request that the Court permit Plaintiffs to file the first amended complaint by August 9, 2024. Plaintiffs further request that the Court extend the deadline for all Defendants to respond to the amended complaint, or the existing complaint if an amended complaint is not filed, up to and including September 9, 2024.

| DATED: August 2, 2024 | Respectfully submitted, |
|---|---|
| | /s/ *Tyler R. Green* |
| Jeffrey M. Harris | Tyler R. Green |
| (DC Bar No. 994058) | (DC Bar No. 982312) |
| Taylor A.R. Meehan* | CONSOVOY MCCARTHY PLLC |
| (DC Bar No. 106377) | 222 S. Main St., 5th Fl. |
| Frank H. Chang | Salt Lake City, UT 84101 |
| (DC Bar No. 1686578) | (703) 243-9423 |
| Daniel M. Vitagliano** | tyler@consovoymccarthy.com |
| (DC Bar No. 90019860) | |
| CONSOVOY MCCARTHY PLLC | Patrick Strawbridge* |
| 1600 Wilson Blvd., Ste. 700 | CONSOVOY MCCARTHY PLLC |
| Arlington, VA 22209 | Ten Post Office Square |
| (703) 243-9423 | 8th Floor South PMB #706 |
| jeff@consovoymccarthy.com | Boston, MA 02109 |
| taylor@consovoymccarthy.com | (703) 243-9423 |
| frank@consovoymccarthy.com | patrick@consovoymccarthy.com |
| dvitagliano@consovoymccarthy.com | |
| | *\* Pro hac vice* |
| | *\*\* Supervised by principals of the firm admitted to practice in VA* |

*Counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim*