IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION ET AL.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

# [PROPOSED] ORDER

After considering Plaintiffs' unopposed motion for leave to file an amended complaint and extension of time for Defendants' responsive pleadings, it is hereby:

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiffs shall file the first amended complaint by August 9, 2024; and it is further ORDERED that Defendants shall answer or otherwise respond to the first amended complaint, or to the existing complaint if an amended complaint is not filed, by September 9, 2024.

Dated: _____ \_\_\_\_, 2024

             _____
             Judge Rudolph Contreras
             U.S. District Court for the District of Columbia