# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | : Case No. 1:24-cv-01204-RC |
| : | |
| Plaintiffs | : Judge Rudolph Contreras |
| : | |
| v. | : **NOTICE OF APPEARANCE OF** |
| : **COUNSEL** | |
| **FEDERAL COMMUNICATIONS** | : |
| **COMMISSION,** *et al.* | : |
| : | |
| Defendants. | : |

Jason M. Covert of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA in the above-referenced action.

        Respectfully submitted,

*/s/ Jason M. Covert*
Jason M. Covert (1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Suite 500
Washington, D.C. 20001
Phone: (202) 664-1537
Fax: (202) 664-1586
jcovert@taftlaw.com

*Attorney for Defendants NewsGuild-CWA*
*and National Association of Broadcast*
*Employees and Technicians-CWA*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was filed this 29th day of August, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

                   */s/ Jason M. Covert*