# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | : | Case No. 1:24-cv-01204-RC |
| | : | |
| Plaintiffs | : | Judge Rudolph Contreras |
| | : | |
| v. | : | **MOTION FOR PRO HAC VICE** |
| | : | **ADMISSION OF RUSSELL S. SAYRE** |
| **FEDERAL COMMUNICATIONS** | : | |
| **COMMISSION,** *et al.* | : | |
| | : | |
| Defendants. | : | |

I am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2(c), I ask that this Court allow Mr. Russell S. Sayre to appear pro hac vice as counsel for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA. Mr. Sayre is familiar with this case and the Court's rules. He meets all requirements under LCvR 83.2(c). This motion is supported by the attached Declaration for Pro Hac Vice Admission of Mr. Sayre and his Ohio certificate of good standing.

                                      Respectfully submitted,

                                      */s/ Jason M. Covert*
                                      Jason M. Covert (1016632)
                                      Taft Stettinius & Hollister LLP
                                      200 Massachusetts Ave. NW, Suite 500
                                      Washington, D.C. 20001
                                      Phone: (202) 664-1537
                                      Fax: (202) 664-1586
                                      jcovert@taftlaw.com

                                      *Attorney for Defendants NewsGuild-CWA*
                                      *and National Association of Broadcast*
                                      *Employees and Technicians-CWA*

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was filed this 29th day of August, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

                                                          */s/ Jason M. Covert*