# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | : | Case No. 1:24-cv-01204-RC |
| | : | |
| Plaintiffs | : | Judge Rudolph Contreras |
| | : | |
| v. | : | **[PROPOSED] ORDER GRANTING** |
| | : | **MOTION FOR PRO HAC VICE** |
| **FEDERAL COMMUNICATIONS** | : | **ADMISSION OF RUSSELL S. SAYRE** |
| **COMMISSION,** *et al.* | : | |
| | : | |
| Defendants. | : | |

Upon consideration of the motion for pro hac vice admission of Russell S. Sayre, the motion is hereby **GRANTED**.

So ORDERED this \_\_\_\_ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE