# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | Case No. 1:24-cv-01204-RC |
| Plaintiffs | Judge Rudolph Contreras |
| **v.** | **MOTION FOR PRO HAC VICE ADMISSION OF SPENCER S. COWAN** |
| **FEDERAL COMMUNICATIONS COMMISSION,** *et al.* | |
| Defendants. | |

I am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2(c), I ask that this Court allow Mr. Spencer S. Cowan to appear pro hac vice as counsel for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA. Mr. Cowan is familiar with this case and the Court's rules. He meets all requirements under LCvR 83.2(c). This motion is supported by the attached Declaration for Pro Hac Vice Admission of Mr. Cowan and his Ohio certificate of good standing.

Respectfully submitted,

*/s/ Jason M. Covert*
Jason M. Covert (1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Suite 500
Washington, D.C. 20001
Phone: (202) 664-1537
Fax: (202) 664-1586
jcovert@taftlaw.com

*Attorney for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed this 29th day of August, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

*/s/ Jason M. Covert*