# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | Case No. 1:24-cv-01204-RC |
| Plaintiffs | Judge Rudolph Contreras |
| v. | **DECLARATION FOR PRO HAC VICE ADMISSION OF SPENCER S. COWAN** |
| **FEDERAL COMMUNICATIONS COMMISSION,** *et al.* | |
| Defendants. | |

In accordance with LCvR 83.2(c), I hereby declare that the answers to the following questions are complete, true, and correct:

1. I am an attorney with the law firm of Taft Stettinius & Hollister LLP. My office address is 425 Walnut Street, Suite 1800, Cincinnati, OH 45202. My telephone number is (513) 357-9464 and my fax number is (513) 381-0205. My email address is scowan@taftlaw.com.

2. I am counsel to Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA in this action.

3. I am a member in good standing of the following courts and bar associations: State Bar of Ohio; State Bar of New York; the United States District Court for the Southern District of Ohio; and the United States Court of Appeals for the Sixth Circuit.

4. I am a member in good standing of all bars to which I am admitted to practice, and I have never been denied admission to the courts or bar of any state or any federal jurisdiction. I am not under suspension, nor have I ever been disciplined, sanctioned, or disbarred from any court.

5. I have not been and am not currently the subject of any disciplinary proceedings, nor are there any circumstances that could lead to any such disciplinary action.

6.  I have not been admitted pro hac vice in this Court within the last two years.

7.  I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2024

_____
Spencer S. Cowan