

# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Spencer Shields Cowan**
Attorney Registration No. **0099556**

was admitted to the practice of law in Ohio on June 4, 2021; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 29th day of August, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*


No. 2024-08-29-1
Verify by email at GoodStandingRequests@sc.ohio.gov