# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SGCI HOLDINGS III LLC,** *et al.* | Case No. 1:24-cv-01204-RC |
| Plaintiffs | Judge Rudolph Contreras |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| **FEDERAL COMMUNICATIONS COMMISSION,** *et al.* | |
| Defendants. | |

Spencer S. Cowan of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA in the above-referenced action.

Respectfully submitted,

*/s/ Spencer S. Cowan*
Jason M. Covert (1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Suite 500
Washington, D.C. 20001
Phone: (202) 664-1537
Fax: (202) 664-1586
jcovert@taftlaw.com

Russell S. Sayre (*admitted pro hac vice*)
Spencer S. Cowan (*admitted pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com
scowan@taftlaw.com

*Attorneys for Defendants NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed this 3rd day of September, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

*/s/ Spencer S. Cowan*