IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, | * |
| | * |
| Plaintiff, | *   Civil Action No.: 24-1204 |
| v. | * |
| FEDERAL COMMUNICATIONS COMMISSION *et al.*, | * |
| | * |
| Defendants. | * |

MOTION FOR ADMISSION PRO HAC VICE OF JOSHUA KARSH

I, Cyrus Mehri, am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2, I herein move for the admission of Joshua Karsh to appear *pro hac vice* in this case as counsel for defendants David Goodfriend and The Goodfriend Group, Inc.

In support of this motion is the Declaration of Joshua Karsh, attached as Exhibit A.

Respectfully submitted,

     /s/ Cyrus Mehri
Cyrus Mehri (Fed. Bar No. 420970)
Mehri & Skalet, PLLC
2000 K St NW
Washington DC, 20006
Tel. (202) 822-5100/
Fax. (202) 822-497
cmehri@findjustice.com

*Counsel for The Goodfriend Group, Inc. and David Goodfriend.*