IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SGCI HOLDINGS LLC III, *et al.*, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 24-1204 |
| | * | |
| FEDERAL COMMUNICATIONS COMMISSION, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

DECLARATION OF JOSHUA KARSH

I, Joshua Karsh, herein certify that:

1. I am a partner at the law firm of Mehri & Skalet, PLLC, located at 2000 K St NW, Washington, DC 20006. My telephone number is 773-862-8866.

2. I am a member in good standing of the bars of the following State Courts and/or United States Courts:

   | | |
   |---|---|
   | Illinois Supreme Court | Admitted 05/10/1990 |
   | USDC N.D. Ill. | Admitted 10/03/1991 |
   | USCA 7 | Admitted 12/06/1993 |
   | USCA 9 | Admitted 04/13/2010 |
   | U.S. S. Ct. | Admitted 09/02/2011 |
   | USDC E.D. Wisc. | Admitted 09/20/2011 |
   | USCA 1 | Admitted 09/26/2011 |
   | USCA 11 | Admitted 07/12/2012 |
   | USCA D.C. | Admitted 09/15/2020 |

3. I certify that I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. During the two years immediately preceding this motion, I have not been admitted pro hac vice in this Court.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the bar of the District of Columbia, nor do I have an application pending for membership in the Bar of the District of Columbia.

I hereby certify under penalties of perjury that the foregoing statements are true and correct.

/s/ Joshua Karsh
Joshua Karsh
1237 Judson Ave.
Evanston, IL 60202
Tel. (733-505-7533)
jkarsh@findjustice.com

*Counsel for The Goodfriend Group, Inc. and David Goodfriend.*