IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION et al. <br><br> *Defendants*. | Case No. 24-1204-RC |

### THE GOODFRIEND DEFENDANTS'
### MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6), the Goodfriend Defendants move to dismiss Plaintiffs' Amended Complaint (ECF 36) with prejudice.[1] As laid out in the memorandum of points and authorities accompanying this motion, the Amended Complaint should be dismissed either under Rule 12(b)(1) for lack of standing, see *Murthy v. Missouri*, 144 S. Ct. 1972 (2024), or under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. The Amended Complaint fails to state viable claims because: (a) it challenges nothing, on the part of the Goodfriend Defendants, except First Amendment protected conduct; (b) it fails to allege sufficient facts to make out discriminatory intent even at the pleading stage;

---

[1] "Goodfriend Defendants" refers to David Goodfriend and his firm—incorporated as Emmer Consulting, Inc., now operating under the name "I Street Advocates," and formerly known as "The Goodfriend Group."

(c) it does not plausibly plead that actions by the Goodfriend Defendants caused Plaintiffs' losses; and (d) none of the previous failings are saved by Plaintiffs' attempts to spread liability to the Goodfriend Defendants based on any other Defendant's alleged statements, actions. A proposed order is attached.

WHEREFORE, the Goodfriend Defendants request dismissal of Plaintiffs' Amended Complaint (ECF 36) in its entirety and with prejudice.

Dated: Sept. 9, 2024

Respectfully submitted,

/s Joshua Karsh

Cyrus Mehri
CMehri@findjustice.com
Mehri & Skalet PLLC
2000 K Street NW, Suite 325
Washington, D.C. 20006
Tel: (202) 822-5100

Joshua Karsh (pro hac vice)
jkarsh@findjustice.com
Mehri & Skalet PLLC
1237 Judson Ave.
Evanston, IL 60202
Tel: 773-505-7533

*Attorneys for Defendants David Goodfriend and the Goodfriend Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION et al. <br><br> *Defendants*. | Case No. 24-1204-RC |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Goodfriend Defendants' motion to dismiss and the entire record, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action is DISMISSED WITH PREJUDICE as against David Goodfriend and the Goodfriend Group, incorporated as Emmer Consulting, Inc. and operating under the name "I Street Advocates."

SO ORDERED.

_____                    _____
Date                                                              RUDOLPH CONTRERAS
                                                                         United States District Judge

**Certificate of Service**

I certify that I caused a true and accurate copy of the foregoing motion to dismiss and draft order to be filed today, Sept. 9, 2024, through the Court's CM/ECF system, which will send notice to all parties of record.

/s/ Joshua Karsh
*One of the Attorneys for
the Goodfriend Defendants*