IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; ALLEN MEDIA GROUP, LLC, d/b/a Allen Media Group; DISH NETWORK CORPORATION; EMMER CONSULTING, INC., d/b/a I Street Advocates f/k/a The Goodfriend Group; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>Defendants. | Case No. 1:24-cv-1204-RC |

**MOTION TO DISMISS BY DEFENDANTS THE NEWSGUILD-CWA AND NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA**

Defendants The NewsGuild-CWA ("NewsGuild") and National Association of Broadcast Employees and Technicians-CWA ("NABET"), by and through counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the claims brought by Plaintiffs SGCI Holdings III LLC and Soohyung Kim against NewsGuild and NABET.  This Motion is supported by the accompanying Statement of Points and Authorities in Support of the Motion to Dismiss by Defendants NewsGuild and NABET.

Respectfully submitted,

*/s/ Jason M. Covert*
Jason M. Covert (1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Suite 500
Washington, D.C. 20001
Phone: (202) 664-1537
Fax: (202) 664-1586
jcovert@taftlaw.com

Russell S. Sayre (*admitted pro hac vice*)
Spencer S. Cowan (*admitted pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com
scowan@taftlaw.com

*Attorneys For Defendants The NewsGuild-CWA and National Association of Broadcast Employees and Technicians-CWA*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed this 9th day of September, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

/s/ Jason M. Covert