IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; ALLEN MEDIA GROUP, LLC, d/b/a Allen Media Group; DISH NETWORK CORPORATION; EMMER CONSULTING, INC., d/b/a I Street Advocates f/k/a The Goodfriend Group; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>Defendants. | Case No. 1:24-cv-1204-RC |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS THE NEWSGUILD-CWA AND NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA**

After considering the Motion to Dismiss by Defendants The NewsGuild-CWA ("NewsGuild") and National Association of Broadcast Employees and Technicians-CWA ("NABET"), the Statement of Points and Authorities in Support, and all other matters presented to the Court, and for good cause shown:

It is hereby **ORDERED** that the Motion to Dismiss is **GRANTED** in its entirety. The First Amended Complaint is dismissed as to Defendants NewsGuild and NABET.

Entered: _____

                                                          Judge Rudolph Contreras
                                                          United States District Judge

Prepared and Submitted by:

Jason M. Covert (1016632)
Taft Stettinius & Hollister LLP
200 Massachusetts Ave. NW, Suite 500
Washington, D.C. 20001
Phone: (202) 664-1537
Fax: (202) 664-1586
jcovert@taftlaw.com

Russell S. Sayre (*admitted pro hac vice*)
Spencer S. Cowan (*admitted pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com
scowan@taftlaw.com

*Attorneys For Defendants The*
*NewsGuild-CWA and National Association*
*of Broadcast Employees and Technicians-CWA*