UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*<br><br>*Defendants*. | Civil Action No. 24-1204 (RC) |

## FEDERAL DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants Federal Communications Commission ("FCC" or "Commission"), Jessica Rosenworcel, in her official capacity as Chairwoman of the FCC, and Holly Saurer, in her official capacity as Chief of the FCC's Media Bureau (hereinafter, the "Federal Defendants"), by and through undersigned counsel, move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Amended Complaint to the extent it asserts claims against them. A supporting memorandum and proposed order accompany this motion.

Dated: September 9, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. Bar #447956
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*