UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, *et al.* <br><br> *Defendants*. | Civil Action No. 24-1204 (RC) |

## ORDER

Upon consideration of the Federal Defendants' motion to dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____ 2024,

**ORDERED** that the Federal Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Counts I and VIII of the Amended Complaint are dismissed in their entirety, Counts III and IV of the Amended Complaint are dismissed against the Federal Defendants, and the Federal Defendants are dismissed as parties to this action.

**SO ORDERED.**

United States District Judge