# FCC NEWS from the Federal Communications Commission

**Media Contact:**
Paloma Perez
Paloma.Perez@fcc.gov

Exhibit A

**For Immediate Release**

## CHAIRWOMAN ROSENWORCEL ANNOUNCES STAFF CHANGES

*Appoints Bureau Chiefs for Consumer and Governmental Affairs Bureau, Media Bureau, Public Safety Bureau, Enforcement Bureau and General Counsel*

WASHINGTON, January 31, 2022—Federal Communications Commission Chairwoman Jessica Rosenworcel announced the appointment of the following Bureau and Office Chiefs:

Alejandro Roark will serve as Chief of the Consumer and Governmental Affairs Bureau. Debra Jordan will now be Chief of the Public Safety and Homeland Security Bureau. Holly Saurer will now serve as Chief of the Media Bureau. Loyaan Egal will serve as the Acting Chief of the Enforcement Bureau. Lastly, Michele Ellison will permanently serve as General Counsel.

"Ensuring modern communications reach every corner of the country isn't possible without the leadership of incredible, capable experts throughout the Commission," said Rosenworcel. "I am confident in the talent at the FCC and honored this team will help lead the Commission. I look forward to working with them to meet our shared goal of connecting everyone, everywhere."

"I'd also like to thank Michelle Carey, Lisa Fowlkes, Rosemary Harold, and Patrick Webre, for their public service as they transition to new roles across the agency," said Chairwoman Rosenworcel.

**Alejandro Roark** is joining as Chief of the Consumer and Governmental Affairs Bureau. Previously, Mr. Roark served as the Executive Director for HTTP, a CEO Roundtable of national Latino civil rights organizations working in partnership to promote access, adoption, and the full utilization of technology and telecommunications resources by the Latino community across the United States. Under his leadership he established HTTP's Digital Inclusion Summit, becoming the premier national convening of multicultural tech policy leaders and digital inclusive advocates nationwide. Prior to his position with HTTP, Mr. Roark led the digital equity and consumer education efforts for LULAC National – including the establishment of the LULAC's Tech Luncheon and the production of its regional Latino Tech Summit.

**Debra Jordan** will now serve as Chief of the Public Safety and Homeland Security Bureau. Since December 2015, Ms. Jordan has served as Deputy Chief of the FCC's Public Safety and Homeland Security Bureau. In her role as Deputy Chief, she represented the FCC at various interagency committees and task forces related to cybersecurity, supply chain risk management, national security, and continuity. Prior to that, Ms. Jordan served as a civilian within the Department of Defense where she managed a variety of critical information and communications systems. While at DoD, Ms. Jordan served as the Command Information Officer for the Naval Facilities Engineering Command, where she led the Navy's development

of a cybersecurity roadmap for critical utilities and facilities infrastructure. Her career also includes assignments with responsibility for Navy communications networks and telephony services across the Pacific region.

**Holly Saurer** will serve as the Chief of the Media Bureau. Holly Saurer has acted as the Chairwoman's Legal Advisor, Media for the past year. She returns to the Media Bureau, where she has held several positions, including Deputy Bureau Chief, Associate Bureau Chief, Senior Legal Advisor and Attorney-Advisor with the Media Bureau's Policy Division. Ms. Saurer has previously served as an Acting Media Advisor for Commissioners Rosenworcel and Clyburn, and an International and Consumer Affairs Legal Advisor for Chairman Wheeler. Prior to joining the Commission, Ms. Saurer worked at the Washington, DC offices of Drinker Biddle & Reath and Miller & Van Eaton. She received her JD from American University and graduated from Syracuse University's Newhouse School of Public Communication.

**Loyaan Egal** will lead the Commission's Enforcement Bureau as Acting Chief. Most recently, Mr. Egal served as a Deputy Chief in the Foreign Investment Review Section (FIRS) of the U.S. Department of Justice's National Security Division. Mr. Egal directly oversaw FIRS's role in representing the Attorney General as the Chair of the "Committee for the Assessment of Foreign Participation in the United States Telecommunications Services Sector," which is also known as "Team Telecom," pursuant to Executive Order 13913. Mr. Egal previously served in the FCC's Enforcement Bureau, where he established and led the Universal Service Fund Strike Force (now known as the Fraud Division), the FCC's first white collar fraud unit. Prior to that, he was an Assistant United States Attorney in the Southern District of New York and the District of Columbia, where he investigated and prosecuted cases involving public corruption, official bribery, the Foreign Corrupt Practices Act (FCPA), campaign finance fraud, bank, mail, wire, and tax fraud, international narcotics trafficking, and money laundering. Mr. Egal clerked for the Honorable Alia Moses, U.S. District Judge for the Western District of Texas. He received his undergraduate degree from St. John's University and earned his law degree at the Howard University School of Law.

**Michele Ellison** (now the Acting General Counsel) will permanently serve as General Counsel. Over the last year, Ms. Ellison has served with distinction as the agency's chief legal officer and advised on some of thorniest legal and policy issues before the Commission – ranging from 5G and universal service to broadband data and national security. Ms. Ellison previously served as Deputy General Counsel, a position she held for most of her 25-year tenure at the FCC. In that capacity, she managed the multi-billion-dollar transactions, bankruptcy, and fraud portfolio, setting numerous legal precedents and preserving the integrity of the auctions and universal service programs through a period of unprecedented challenge. Ms. Ellison also led the Enforcement Bureau, recovering hundreds of millions for federal programs and the U.S. Treasury. In addition, she has the distinction of being the first woman of color to hold positions as the agency's Chief of Staff, Chief of the Enforcement Bureau, and with today's announcement, General Counsel. Before joining the Commission, Ms. Ellison was a Partner, and earlier an associate, at Williams and Connolly. She clerked for the Honorable Damon J. Keith of the United States Court of Appeals for the Sixth Circuit and for the Honorable Paul R. Webber, III of the Superior Court of the District of Columbia. Ms. Ellison received her J.D., cum laude from Howard University School of Law, and her B.A. from Duke University.

###

Media Relations: (202) 418-0500 / ASL: (844) 432-2275 / Twitter: @FCC / www.fcc.gov

*This is an unofficial announcement of Commission action. Release of the full text of a Commission order constitutes official action. See MCI v. FCC, 515 F.2d 385 (D.C. Cir. 1974).*