AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA DISTRICT COURT

| | |
|---|---|
| SCGI HOLDINGS III LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01204-RC |
| FEDERAL COMMUNICATIONS COMMISSION, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allen Media, LLC and Byron Allen.

Date: September 9, 2024

s/ Louis R. Miller
*Attorney's signature*

Louis R. Miller (CA SBN 54141)
*Printed name and bar number*

Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067
*Address*

smiller@millerbarondess.com
*E-mail address*

(310) 552-4400
*Telephone number*

(310) 552-8400
*FAX number*