UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>　　　　　　　*Plaintiffs,*<br><br>　　　v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al*.<br><br>　　　　　　　*Defendants*. | Case No. 1:24-cv-01204-RC<br><br>ORAL HEARING REQUESTED |

**DEFENDANT COMMON CAUSE'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Common Cause, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss with prejudice the claims asserted against it in the complaint of Plaintiffs SGCI Holdings III LLC and Soohyung Kim (together, "Plaintiffs").

In support of the motion, Common Cause relies on the accompanying memorandum of points and authorities (the "Memorandum"). As set forth in the Memorandum, the Court lacks subject matter jurisdiction over the case; the claims against Common Cause are barred under the *Noerr-Pennington* doctrine and the First Amendment more broadly; and the complaint fails to state claims for federal civil rights violations, tortious interference, and civil conspiracy against Common Cause.

Because further amendment of the complaint would be futile, the Amended Complaint should be dismissed with prejudice.

1

## REQUEST FOR HEARING

Common Cause respectfully requests a hearing on its motion to dismiss.

Dated: September 9, 2024                    Respectfully submitted,

/s/ *Alison Schary*
Alison Schary (#1014050)
Marietta Catsambas (#1617526)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
alisonschary@dwt.com
mariettacatsambas@dwt.com
(202) 973-4200

*Counsel for Defendant Common Cause*

4856-3120-8674v.1 0123924-000001

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, I caused Defendant Common Cause's motion to dismiss, as well as the supporting memorandum of points and authorities and proposed order, to be filed and served electronically via the Court's ECF system upon all counsel of record.

Dated: September 9, 2024

                                            /s/ *Alison Schary*
                                            Alison Schary

4856-3120-8674v.1 0123924-000001