UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, *et al*. <br><br> *Defendants*. | Case No. 1:24-cv-01204-RC |

**DECLARATION OF ALISON SCHARY IN SUPPORT OF DEFENDANT COMMON CAUSE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Alison Schary, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendant Common Cause in the above-captioned action. I submit this declaration in support of Common Cause's Motion to Dismiss Plaintiffs' Amended Complaint.

2. Attached as **Exhibit 1** is a true and correct copy of the Public Notice titled "Media Bureau Establishes Pleading Cycle For Applications to Transfer Control of TEGNA Inc., to Standard General, L.P., and Permit-But-Disclose *Ex Parte* Status for the Proceeding" in *In re Tegna Inc.*, MB No. 22-162 (April 21, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 126 n.63).

3. Attached as **Exhibit 2** is a true and correct copy of the Motion of the Public Interest Parties for Additional Information and Documents and an Extension of Time filed with the FCC in *In re Tegna Inc.*, MB No. 22-162 (May 12, 2022), available at

1

https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 130 n.68).

4. Attached as **Exhibit 3** is a true and correct copy of a Public Notice titled "Media Bureau Extends Pleading Cycle for Applications to Transfer Control of Tegna Inc., to Standard General, L.P." in *In re Tegna Inc.*, MB No. 22-162 (May 20, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 131 n.70).

5. Attached as **Exhibit 4** is a true and correct copy of a letter from Holly Saurer, Chief of the FCC's Media Bureau, to Scott R. Flick et al. requesting documents and written responses in *In re Tegna Inc.,* MB No. 22-162 (June 3, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 132 n.71).

6. Attached as **Exhibit 5** is a true and correct copy of the Petition to Deny of Common Cause and the United Church of Christ Media Justice Ministry ("UCC") filed with the FCC in *In re Tegna Inc.,* MB No. 22-162 (June 22, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 135 n.73).

7. Attached as **Exhibit 6** is a true and correct copy of the Applicants' Consolidated Opposition and Response to Comments filed with the FCC in *In re Tegna Inc.,* MB No. 22-162 (July 7, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 141 n.74).

8. Attached as **Exhibit 7** is a true and correct copy of Common Cause and UCC's Reply to Applicants' Consolidated Opposition and Response to Comments filed with the FCC in *In re*

*Tegna Inc.,* MB No. 22-162 (Aug. 1, 2022), available at

https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 147 n.78).

9. Attached as **Exhibit 8** is a true and correct copy of a Letter filed with the FCC by the Committee for the Assessment of Foreign Participation in the United States Telecommunications Services Sector in *In re Tegna Inc.,* MB No. 22-162 (Aug. 3, 2022), available at https://www.fcc.gov/transaction/standard-general-tegna.

10. Attached as **Exhibit 9** is a true and correct copy of Comments of the NewsGuild-CWA, NABET-CWA, UCC, and Common Cause, filed with the FCC in *In re Tegna Inc.,* MB No. 22-162 (Jan. 13, 2023), available at https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 208 n.134).

11. Attached as **Exhibit 10** is a true and correct copy of the Notice of Appeal in Case No. 23-1083 in the U.S. Court of Appeals for the D.C. Circuit.

12. Attached as **Exhibit 11** is a true and correct copy of the Conditional Petition for a Writ of Mandamus to the Federal Communications Commission in Case No. 23-1084 in the U.S. Court of Appeals for the D.C. Circuit.

13. Attached as **Exhibit 12** is a true and correct copy of the court's April 3, 2023 Order in Case No. 23-1083 in the U.S. Court of Appeals for the D.C. Circuit.

14. Attached as **Exhibit 13** is a true and correct copy of the court's April 21, 2023 Order in Case No. 23-1084 in the U.S. Court of Appeals for the D.C. Circuit.

15. Attached as **Exhibit 14** is a true and correct copy of the Hearing Designation Order in *In re Tegna Inc.,* MB No. 22-162 (Feb. 24, 2023), available at

https://www.fcc.gov/transaction/standard-general-tegna and cited in the Amended Complaint (*see id.* ¶ 222 n.143).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 9th day of September, 2024, at Washington, D.C.

Dated: September 9, 2024                    By: /s/ *Alison Schary*
                                                  Alison Schary

                                                  *Counsel for Defendant Common Cause*