# EXHIBIT 3

Case No. 1:24-cv-01204-RC

# PUBLIC NOTICE

**Federal Communications Commission**

**45 L Street NE**

News Media Information 202 / 418-0500

Internet: https://www.fcc.gov

---

DA 22-562
Released: May 20, 2022

## MEDIA BUREAU EXTENDS PLEADING CYCLE FOR APPLICATIONS TO TRANSFER CONTROL OF TEGNA INC., TO STANDARD GENERAL, L.P.

**MB Docket No. 22-162**

**Petition to Deny Date: June 22, 2022**
**Opposition Date: July 7, 2022**
**Reply Date: July 18, 2022**

On May 12, 2022, Common Cause, The NewsGuild-CWA, and Public Knowledge (collectively, the "Public Interest Parties") filed a pleading entitled Motion of the Public Interest Parties for Additional Information and Documents and an Extension of Time ("Motion") in the above captioned matter. TEGNA Inc., and SGCI Holdings III LLC, filed a Joint Opposition to the Motion on May 17, 2022. While the Motion remains pending and in light of the questions raised therein, we will grant a limited extension of the petition to deny deadline for the underlying transactions.

Originally, interested persons were required to file petitions to deny no later than May 23, 2022. The petition to deny deadline will be extended to June 22, 2022. Oppositions to petitions to deny must be filed no later than July 7, 2022. Replies must be filed no later than July 18, 2022. As before, persons and entities that file petitions to deny become parties to the proceeding.

To allow the Commission to consider fully all substantive issues regarding the applications in as timely and efficient a manner as possible, petitioners and commenters should raise all issues in their initial filings. Replies may only address matters raised in oppositions.[1] A party or interested person seeking to raise a new issue after the pleading cycle has closed must show good cause why it was not possible for it to have raised the issue previously.[2] Submissions after the pleading cycle has closed that seek to raise new issues based on new facts or newly discovered facts should be filed within 15 days after such facts are discovered. Absent such a showing of good cause, any issues not timely raised may be disregarded by the Commission.

All filings concerning matters referenced in this Public Notice should refer to MB Docket No. 22-162, as well as the specific file numbers of the individual applications or other matters to which the filings pertain.

---

[1] 47 CFR. § 1.45(c).

[2] *See id*. §§ 1.46(a) and 73.3584(e).

Submissions in this matter may be filed electronically (*i.e.*, through ECFS) or by filing paper copies.

- Electronic Filers:  Documents may be filed electronically using the Internet by accessing the ECFS: http://fjallfoss.fcc.gov/ecfs2/.

Filings in response to this Public Notice may be sent by commercial overnight courier, or by first-class or overnight U.S. Postal Service mail. All filings must be addressed to the Commission's Secretary, Office of the Secretary, Federal Communications Commission.

- Commercial overnight mail (other than U.S. Postal Service Express Mail and Priority Mail) must be sent to 9050 Junction Drive, Annapolis Junction, MD 20701.

- U.S. Postal Service first-class, Express, and Priority mail must be addressed to 45 L Street, NE, Washington, DC 20554.

- Effective March 19, 2020, and until further notice, the Commission no longer accepts any hand delivered or messenger delivered filings. This is a temporary measure taken to help protect the health and safety of individuals, and to mitigate the transmission of COVID-19.[3]

**In addition, one copy of each submission must be sent to the following:**

- David Brown, Video Division, Media Bureau, e-mail David.Brown@fcc.gov

- Jeremy Miller, Video Division, Media Bureau, e-mail Jeremy.Miller@fcc.gov

- Chris Robbins, Video Division, Media Bureau, e-mail Chris.Robbins@fcc.gov

- Jim Bird, Transaction Team, Office of General Counsel, e-mail Jim.Bird@fcc.gov

Any submission that is e-mailed to David Brown, Jeremy Miller, Chris Robbins, and Jim Bird should include in the subject line of the e-mail: (1) MB Docket No. 22-162; (2) the name of the submitting party; (3) a brief description or title identifying the type of document being submitted (*e.g.*, MB Docket No. 22-162, TEGNA/Standard Media, *Ex Parte* Notice).

*People with Disabilities*.  To request materials in accessible formats for people with disabilities (braille, large print, electronic files, audio format), send an e-mail to fcc504@fcc.gov or call the Consumer & Governmental Affairs Bureau at (202) 418-0530 (voice), (202) 418-0432 (TTY).

The applications are also available electronically through ECFS, which will provide hyperlinks to the applications in CDBS.  ECFS may be accessed on the Commission's Internet website at http://www.fcc.gov.

---

[3] *FCC Announces Closure of FCC Headquarters Open Window and Change in Hand-Delivery Policy,* Public Notice, 35 FCC Rcd 2788 (OMD 2020).  https://www.fcc.gov/fcc-closes-headquarters-open-window-and-changes-hand-delivery-policy

For further information, contact David Brown at (301) 908-5926, Jeremy Miller at (202) 418-1507, or Chris Robbins at (202) 418-0685. For press inquiries, contact Janice Wise at (202) 418-8165.

By: Chief, Media Bureau