# EXHIBIT 8

Case No. 1:24-cv-01204-RC



U.S. Department of Justice

National Security Division

*Foreign Investment Review Section*　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530

August 3, 2022

<u>By E-File</u>

Ms. Marlene H. Dortch
Federal Communications Commission
45 L St. N.E.
Washington, D.C. 20554

    Re:    **Teton Parent Corp./TEGNA Inc., FCC File Nos. MB 22-166, MB 22-162 (TT 22-020 to -021)**

Dear Ms. Dortch:

    The Commission is notified that the applicant for the above-referenced application ("Application") has provided complete responses to initial questions posed by the Committee for the Assessment of Foreign Participation in the United States Telecommunications Services Sector ("Committee").[1]  The Committee is conducting an initial review to assess whether granting the Application will pose a risk to the national security or law enforcement interests of the United States.

    The Committee shall complete its initial review of the Application before the end of the 120-day initial review period, which begins on the date of this letter.  The Commission will be notified promptly in the event of an extension of the 120-day initial review period or the need arises to conduct a 90-day secondary assessment.

    Thank you for your consideration.

    Sincerely,

    */s/ Makenzie D. Briglia*
    **Makenzie D. Briglia**
    Attorney Advisor
    Foreign Investment Review Section
    National Security Division
    U.S. Department of Justice

---

[1] *See* attached determination of the Chair.

cc: FCC-TTelecom@fcc.gov
David Krech (via e-mail at david.krech@fcc.gov)
Adrienne McNeil (via e-mail at Adrienne.McNeil@fcc.gov)
Applications.TT@usdoj.gov
dhsteamtelecom@hq.dhs.gov
osd.pentagon.ousd-a-s.list.team-telecom@mail.mil



U.S. Department of Justice

National Security Division

---

*Foreign Investment Review Section*                                                                 Washington, D.C.  20530

**Teton Parent Corp./TEGNA Inc., FCC File Nos. MB 22-166, MB 22-162 (TT 22-020 to -021)**

Pursuant to Executive Order 13913 (Apr. 4, 2020), the Chair of the Committee for the Assessment of Foreign Participation in the United States Telecommunications Services Sector has determined that the responses to the Committee's initial request for information are complete.

Digitally signed by DEVIN DEBACKER
Date: 2022.08.03 10:18:15 -04'00'

_____
Devin A. DeBacker
Chief
Foreign Investment Review Section
National Security Division
U.S. Department of Justice