# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, *et al*. <br><br> *Defendants*. | Case No. 1:24-cv-01204-RC |

## [PROPOSED] ORDER GRANTING DEFENDANT COMMON CAUSE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

After considering the Motion to Dismiss filed by Defendant Common Cause, the Statement of Points and Authorities in Support, the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** in its entirety: The Amended Complaint filed by Plaintiffs SGCI Holdings III LLC and Soohyung Kim as to Common Cause is dismissed with prejudice.

Entered: _____                        _____
                                         Honorable Rudolph Contreras
                                         United States District Judge

4866-9622-8323v.1 0123924-000001

Prepared and Submitted by:

Alison Schary (#1014050)
Marietta Catsambas (#1617526)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
alisonschary@dwt.com
mariettacatsambas@dwt.com
(202) 973-4200

*Counsel for Defendant Common Cause*