AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCGI HOLDINGS III LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01204-RC |
| FEDERAL COMMUNICATIONS COMMISSION, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allen Media, LLC and Byron Allen                                                                                             .

Date: September 9, 2024

s/ David W. Schecter
*Attorney's signature*

David W. Schecter (CA SBN 296251)
*Printed name and bar number*

Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067
*Address*

dschecter@millerbarondess.com
*E-mail address*

(310) 552-4400
*Telephone number*

(310) 552-8400
*FAX number*