AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

SCGI HOLDINGS III LLC, et al. )
*Plaintiff* )
v. ) Case No. 1:24-cv-01204-RC
FEDERAL COMMUNICATIONS COMMISSION, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Allen Media, LLC and Byron Allen.

Date: September 9, 2024

s/ Nadia A. Sarkis
*Attorney's signature*

Nadia A. Sarkis (CA SBN 227778)
*Printed name and bar number*

Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067
*Address*

nsarkis@millerbarondess.com
*E-mail address*

(310) 552-4400
*Telephone number*

(310) 552-8400
*FAX number*