# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., *Plaintiffs*, v. FEDERAL COMMUNICATIONS COMMISSION, *et al*. *Defendants*. | Case No. 1:24-cv-01204-RC |

## CERTIFICATE REQUIRED BY LCvR 26.1

Pursuant to Local Civil Rule 26.1, I, the undersigned, counsel of record for Defendant Common Cause, certify that to the best of my knowledge and belief, Common Cause has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Common Cause which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ *Alison Schary*
Alison Schary (#1014050)
Marietta Catsambas (#1617526)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
alisonschary@dwt.com
mariettacatsambas@dwt.com
(202) 973-4200

*Counsel for Defendant Common Cause*

1