UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SGCI HOLDINGS III LLC, et al.,

    *Plaintiffs,*

v.

FEDERAL COMMUNICATIONS
COMMISSION, *et al*.

    *Defendants*.

Case No. 1:24-cv-01204-RC

**NOTICE OF APPEARANCE**

**THE CLERK OF THE COURT** will please enter the appearance of Marietta Catsambas as counsel for Defendant Common Cause in the above-captioned case.

Dated: September 9, 2024

Respectfully submitted,

    */s/ Marietta Catsambas*
Marietta Catsambas (#1617526)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
mariettacatsambas@dwt.com
(202) 973-4200

Counsel for Defendant Common Cause

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2024, a copy of the foregoing Notice of Appearance of Marietta Catsambas was served via CM/ECF to all counsel of record.

                                              */s/ Marietta Catsambas*
                                              Marietta Catsambas