IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>                 Plaintiffs,<br><br>     v.<br><br>FEDERAL COMMUNICATIONS COMMISSION;<br>JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC;<br>HOLLY SAURER, in her official capacity as Chief of the Media Bureau;<br>THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.;<br>DISH NETWORK CORPORATION,<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112;<br>THE GOODFRIEND GROUP, INC.;<br>THE NEWSGUILD-CWA;<br>NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA;<br>UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry;<br>COMMON CAUSE;<br>BYRON ALLEN;<br>CHARLES ERGEN,<br>P.O. Box 815<br>Littleton, CO 80160;<br>and DAVID GOODFRIEND,<br><br>                 Defendants. | Case No. 24-1204-RC |

**DEFENDANTS DISH NETWORK CORPORATION'S AND CHARLES ERGEN'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants DISH Network Corporation and Charles Ergen, by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6),

to dismiss the First Amended Complaint of Plaintiffs SGCI Holdings III LLC and Soohyung Kim with prejudice, as per the Proposed Order, attached hereto as Exhibit A. This Motion is supported by the accompanying Statement of Points and Authorities in Support of Defendants DISH Network Corporation and Charles Ergen's Motion to Dismiss Plaintiffs' Amended Complaint.

Dated: September 9, 2024

Respectfully submitted,

STEPTOE LLP

By: *s/ Elyse D. Echtman*
Elyse D. Echtman
D.D.C. Bar No. NY0583
1114 Avenue of the Americas
New York, New York 10036
(212) 378-7551
eechtman@steptoe.com

*Counsel for Defendants DISH Network Corporation and Charles Ergen*

## CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the foregoing motion to dismiss and accompanying proposed order to be filed today, Sept. 9, 2024, through the Court's CM/ECF system, which will send notice to all parties of record.

/s/ Elyse Echtman
One of the Attorneys for Defendants DISH Network Corporation and Charles Ergen