# EXHIBIT A

**Case No. 24-1204**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>     Plaintiffs,<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION;<br>JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC;<br>HOLLY SAURER, in her official capacity as Chief of the Media Bureau;<br>THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.;<br>DISH NETWORK CORPORATION,<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112;<br>THE GOODFRIEND GROUP, INC.;<br>THE NEWSGUILD-CWA;<br>NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA;<br>UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry;<br>COMMON CAUSE;<br>BYRON ALLEN;<br>CHARLES ERGEN,<br>P.O. Box 815<br>Littleton, CO 80160;<br>and DAVID GOODFRIEND,<br><br>     Defendants. | Case No. 24-1204-RC |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS DISH NETWORK CORPORATION'S AND CHARLES ERGEN'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

After considering Defendants DISH Network Corporation's ("DISH") and Charles

Ergen's ("Ergen") Motion to Dismiss the Amended Complaint of Plaintiffs SGCI Holdings III

1

2

LLC and Soohyung Kim (together, "Plaintiffs") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the Statement of Points and Authorities in Support, the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** in its entirety:

1. The First Amended Complaint filed by Plaintiffs as to DISH and Ergen is dismissed with prejudice.

Entered: _____

_____
Honorable Judge Rudolph Contreras
United States District Judge

Prepared and Submitted by:

Elyse D. Echtman
D.D.C. Bar No. NY0583
1114 Avenue of the Americas
New York, New York 10036
(212) 378-7551
eechtman@steptoe.com

*Counsel for Defendants DISH Network Corporation and Charles Ergen*

2