UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>              Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the FCC Media Bureau; ALLEN MEDIA, LLC d/b/a Allen Media Group; DISH NETWORK CORPORATION; EMMER CONSULTING, INC., d/b/a I Street Advocates f/k/a/ The Goodfriend Group; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>              Defendants. | CASE NO.: 1:24-cv-01204-RC |

**DEFENDANTS BYRON ALLEN AND ALLEN MEDIA, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6), Defendants Byron Allen and Allen Media, LLC move to dismiss the First Amended Complaint (ECF No. 36)

694012.1

with prejudice. As explained in the points and authorities accompanying this motion, the First Amended Complaint should be dismissed under Rule 12(b)(1) for lack of subject matter jurisdiction, or under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. This Court lacks jurisdiction to consider the causes of action in the First Amended Complaint because they impermissibly challenge an FCC order and Congress has vested exclusive review of FCC decision making in the D.C. Circuit. The claims in the First Amended Complaint are also precluded by the doctrines of res judicata and collateral estoppel and are barred by the First Amendment. The First Amended Complaint also fails to state any claims under federal or state law. A proposed order granting Defendants Byron Allen and Allen Media, LLC's motion to dismiss is attached.

WHEREFORE, Defendants Byron Allen and Allen Media, LLC request dismissal of the First Amended Complaint (ECF No. 36) in its entirety and with prejudice.

Dated: September 9, 2024                    Respectfully submitted,

*/s/ Louis R. Miller*
Louis R. Miller (admitted *pro hac vice*)
David W. Schecter (admitted *pro hac vice*)
Nadia A. Sarkis (admitted *pro hac vice*)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
smiller@millerbarondess.com
dschecter@millerbarondess.com
nsarkis@millerbarondess.com
(310) 552-4400

*Attorneys for Byron Allen and Allen Media, LLC d/b/a Allen Media Group*

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the FCC Media Bureau; ALLEN MEDIA, LLC d/b/a Allen Media Group; DISH NETWORK CORPORATION; EMMER CONSULTING, INC., d/b/a I Street Advocates f/k/a/ The Goodfriend Group; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>Defendants. | CASE NO.: 1:24-cv-01204-RC |

## **PROPOSED ORDER**

UPON CONSIDERATION of Defendants Byron Allen and Allen Media, LLC's motion to dismiss and the entire record, it is hereby ORDERED that the

motion is GRANTED; and it is further ORDERED that this action is DISMISSED WITH PREJUDICE as against Defendants Byron Allen and Allen Media, LLC.

SO ORDERED.

Dated: _____

                                          HON. RUDOLPH CONTRERAS
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed this 9th day of September, 2024, through the Court's CM/ECF system, which will send notice of the filing to all parties of record.

Dated: September 9, 2024                Respectfully submitted,

*/s/ Louis R. Miller*
Louis R. Miller (admitted *pro hac vice*)
David W. Schecter (admitted *pro hac vice*)
Nadia A. Sarkis (admitted *pro hac vice*)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
smiller@millerbarondess.com
dschecter@millerbarondess.com
nsarkis@millerbarondess.com
(310) 552-4400

*Attorneys for Byron Allen and Allen Media, LLC d/b/a Allen Media Group*