UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the FCC Media Bureau; ALLEN MEDIA, LLC d/b/a Allen Media Group; DISH NETWORK CORPORATION; EMMER CONSULTING, INC., d/b/a I Street Advocates f/k/a/ The Goodfriend Group; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>Defendants. | CASE NO.: 1:24-cv-01204-RC |

**DECLARATION OF DAVID W. SCHECTER IN SUPPORT OF DEFENDANTS BYRON ALLEN AND ALLEN MEDIA, LLC'S REQUEST FOR JUDICIAL NOTICE**

693776.2

## DECLARATION OF DAVID W. SCHECTER

I, David W. Schecter, declare as follows:

1. I am an attorney duly admitted *pro hac vice* to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendants Allen Media, LLC d/b/a Allen Media Group and Byron Allen (together, "Defendants" or "Allen Media"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Request for Judicial Notice.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Appeal in *SGCI Holdings III LLC, et al., v. Federal Communications Commission*, Case No. 23-1083 (U.S. Court of Appeals for the District of Columbia Circuit), filed on March 27, 2023 at Document #1991967.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Conditional Petition for a Writ of Mandamus to the Federal Communications Commission in *In re SGCI Holdings III LLC, et al.,* Case No. 23-1084 (U.S. Court of Appeals for the District of Columbia Circuit), filed on March 27, 2023 at Document #1991974.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Per Curiam Order in in *SGCI Holdings III LLC, et al., v. Federal Communications Commission*, Case No. 23-1083 (U.S. Court of Appeals for the District of Columbia Circuit), filed on April 3, 2023 at Document #1993081.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Per Curiam Order in *SGCI Holdings III LLC, et al.,* Case No. 23-1084 (U.S. Court of

Appeals for the District of Columbia Circuit), filed on April 21, 2023 at Document #1995758.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of the Response in Opposition to Motion to Dismiss in *SGCI Holdings III LLC, et al., v. Federal Communications Commission*, Case No. 23-1083 (U.S. Court of Appeals for the District of Columbia Circuit), filed on March 30, 2023 at Document #1992434.

7.  In response to the Complaint, several defendants served counsel for Plaintiffs with Rule 11 letters and draft sanctions motions arguing that the Complaint is factually and legally frivolous and brought for an improper purpose. In response, Plaintiffs agreed to amend their complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2024

_____
David W. Schecter

**INDEX OF EXHIBITS TO THE DECLARATION OF DAVID W. SCHECTER**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| 1. | Notice of Appeal filed on March 27, 2023 | 5-54 |
| 2. | Conditional Petition for a Writ of Mandamus filed on March 27, 2023 | 55-112 |
| 3. | Per Curiam Order filed on April 3, 2023 | 113-118 |
| 4. | Per Curiam Order filed on April 21, 2023 | 119-120 |
| 5. | Response in Opposition to Motion to Dismiss filed on March 30, 2023 | 121-147 |