# EXHIBIT 3

EXHIBIT 3 - Page 113

## Selected docket entries for case 23–1083

Generated: 09/06/2024 14:49:42

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 04/03/2023 | Order Sent | 2 | PER CURIAM ORDER [1993081] filed granting motion to dismiss case [1992336–2] in 23–1083 [23–1084 (Pending Consolidation termed 04/03/2023) with 23–1083]; dismissing as moot motion to consolidate [1991990–3]; granting motion of the National Association of Broadcasters to participate as amicus curiae in support of appellants [1992549–2]; The Clerk is directed to file the lodgegd brief Amicus Curiae [1992740–2]; It is FURTHER ORDERED that the mandamus petition [1991974–2] be expedited. The following remaining briefing schedule and format will apply: Respondent's Response (not to exceed 7,800 words) due April 11, 2023 by 4 p.m.; Intervenors' Response (not to exceed 5,460 words) due April 11, 2023 by 4 p.m.; Petitioners' Reply (not to exceed 3,900 words) due by April 14, 2023 by 4 p.m. Before Judges: Pillard, Childs and Pan. [23–1083, 23–1084] |
| 04/03/2023 | Order Sent | 4 | CLERK'S ORDER [1993082] filed withholding issuance of the mandate. [23–1083] |
| 05/30/2023 | Mandate Issued | 5 | MANDATE ISSUED to Federal Communications Commission. [23–1083] |

(Page 1 of Total)

EXHIBIT 3 - Page 114

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1083**  **September Term, 2022**

FCC-22-162

**Filed On:** April 3, 2023

SGCI Holdings III LLC, et al.,

      Appellants

   v.

Federal Communications Commission,

      Appellee

------------------------------

Common Cause, et al.,
      Intervenors

**No. 23-1084**

In re: SGCI Holdings III LLC, et al.,

      Petitioners

    **BEFORE:**   Pillard, Childs, and Pan, Circuit Judges

**O R D E R**

    Upon consideration of the emergency motion to expedite and consolidate, the responses thereto, and the reply; the motion to dismiss in No. 23-1083 and the response thereto; and the motion for leave to file an amicus curiae brief, it is

    **ORDERED** that the motion to dismiss be granted.  An appeal "filed after a bureau decision but before resolution by the full Commission is subject to dismissal as incurably premature."  <u>Int'l Telecard Ass'n v. FCC</u>, 166 F.3d 387, 388 (D.C. Cir. 1999) (per curiam).  It is

# United States Court of Appeals
### For The District of Columbia Circuit

No. 23-1083                        September Term, 2022

**FURTHER ORDERED** that the motion to consolidate be dismissed as moot. It is

**FURTHER ORDERED** that the National Association of Broadcasters' motion for leave to file an amicus curiae brief be granted. The Clerk is directed to file the lodged corrected brief. It is

**FURTHER ORDERED**, on the court's own motion, that respondent Federal Communications Commission file a response to the mandamus petition as provided below. It is

**FURTHER ORDERED** that the mandamus petition be expedited. The following remaining briefing schedule and format will apply:

| | |
|---|---|
| Respondent's Response (not to exceed 7,800 words) | 4:00 p.m., April 11, 2023 |
| Intervenors' Response (not to exceed 5,460 words) | 4:00 p.m., April 11, 2023 |
| Petitioners' Reply (not to exceed 3,900 words) | 4:00 p.m., April 14, 2023 |

The parties are directed to hand deliver the paper copies of their submissions to the Clerk's office by 4:00 p.m. on the dates due.

**<u>Per Curiam</u>**

                       FOR THE COURT:
                       Mark J. Langer, Clerk

BY:     /s/
         Michael C. McGrail
         Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 23-1083**                    **September Term, 2022**

**FCC-22-162**

**Filed On:** April 3, 2023

SGCI Holdings III LLC, et al.,

      Appellants

   v.

Federal Communications Commission,

      Appellee

------------------------------

Common Cause, et al.,
      Intervenors

## O R D E R

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                   BY:     /s/
                           Michael C. McGrail
                           Deputy Clerk

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1083**        **September Term, 2022**

**FCC-22-162**

**Filed On: May 30, 2023** [2001209]

SGCI Holdings III LLC, et al.,

    Appellants

    v.

Federal Communications Commission,

    Appellee

------------------------------

Common Cause, et al.,
    Intervenors

# M A N D A T E

In accordance with the order of April 3, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                                  BY:    /s/
                                                      Daniel J. Reidy
                                                      Deputy Clerk

Link to the order filed April 3, 2023