# EXHIBIT 4

**EXHIBIT 4 - Page 119**

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 23-1084                                       September Term, 2022

FCC-22-162

**Filed On:** April 21, 2023

In re: SGCI Holdings III LLC, et al.,

    Petitioners

    **BEFORE:**    Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the petition for writ of mandamus, the National Association of Broadcasters' amicus curiae brief in support thereof, the responses to the petition, and the reply; and the American Television Alliance's motion for leave to file an amicus curiae brief, it is

**ORDERED** that the American Television Alliance's motion for leave to file an amicus curiae brief be granted. The Clerk is directed to file the lodged brief. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioners have not demonstrated that respondent has unreasonably delayed in acting on their applications. See Telecomms. Research & Action Ctr. v. FCC, 750 F.2d 70, 80 (D.C. Cir. 1984). Nor have they shown that respondent has a "crystal clear" duty to rule on their applications without resort to a hearing. In re Ctr. for Biological Diversity, 53 F.4th 665, 670 (D.C. Cir. 2022) (quoting In re Nat'l Nurses United, 47 F.4th 746, 752 (D.C. Cir. 2022)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

          BY:    /s/
                      Amanda Himes
                      Deputy Clerk

EXHIBIT 4 - Page 120