UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, *et al*. <br><br> *Defendants*. | Case No. 1:24-cv-01204 RC |

## DEFENDANT UNITED CHURCH OF CHRIST, OC. INC. D/B/A UNITED CHURCH OF CHRIST MEDIA JUSTICE MINISTRY'S MOTION TO DISMISS

Defendant, United Church of Christ, OC. Inc. d/b/a United Church of Christ Media Justice Ministry (hereinafter "UCC Media Justice"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Statement of Points and Authorities and exhibits thereto.

Respectfully submitted,

*/s/ Paul M. Finamore*
Paul M. Finamore (# 423410)
Pessin Katz Law, P.A.
5950 Symphony Woods Road, Suite 510
Columbia, Maryland 21044
T: (410) 740-3170
pfinamore@pklaw.com
*Counsel for Defendant,*
*United Church Of Christ, OC Inc.,*
*D/B/A United Church Of Christ Media*
*Justice Ministry*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2024, a copy of the foregoing Motion was served via ECF upon all counsel of record.

*/s/ Paul M. Finamore*
Paul M. Finamore