UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al*.<br><br>*Defendants*. | Case No. 1:24-cv-01204 RC |

**PROPOSED ORDER**

Upon consideration of Defendant, United Church of Christ, OC. Inc. d/b/a United Church of Christ Media Justice Ministry's, Motion to Dismiss and Memorandum, and any responses thereto, it is on this ____ day of _____,2024, it is hereby

**ORDERED** that Defendant, United Church of Christ, OC. Inc. d/b/a United Church of Christ Media Justice Ministry's, Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint is hereby **DISMISSED WITH PREJUDICE** in its entirety against Defendant, United Church of Christ, OC. Inc. d/b/a United Church of Christ Media Justice Ministry.

_____
Honorable Rudolph Contreras
United States District Judge