IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION ET AL.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

**CONSENT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS AND TO SET DEFENDANTS' REPLY DEADLINE**

Plaintiffs, writing on behalf of all parties, respectfully request an extension of Plaintiffs' deadline to respond to the pending motions to dismiss to November 8, 2024, and that Defendants' due date for replies be December 10, 2024. All parties consent to this proposed briefing schedule.

In support of this motion, Plaintiffs state as follows:

1. On August 2, 2024, this Court granted Plaintiffs' unopposed motion for leave to file an amended complaint by August 9, 2024, and for postponement of Defendants' responsive pleading deadline to September 9, 2024. *See* Dkt. 35; Order (Aug. 2, 2024).

2. Plaintiffs filed the amended complaint on August 9, 2024, Dkt. 36, and all Defendants moved to dismiss on September 9, 2024, Dkts. 44, 46, 47, 49, 54-55, 56, 57.

3.      The parties have conferred and all parties consent to postponement of Plaintiffs' opposition deadline from September 23, 2024, to November 8, 2024, and postponement of Defendants' reply deadline to December 10, 2024. No party opposes these requests.

4.      No party will be prejudiced; all parties agree to this proposed schedule. Good cause exists for this request. The extension of time will serve the interest of judicial economy by affording Plaintiffs sufficient time to adequately respond to the pending motions to dismiss. This request accounts for the seven motions to dismiss totaling 238 pages of briefing, Plaintiffs' counsel's other representations, and a newborn due October 3, 2024. This Court's proceedings will not be unduly prolonged by the proposed briefing schedule.

5.      In the interest of judicial economy and to avoid duplicative argument, Plaintiffs anticipate filing an omnibus opposition responding to all pending motions to dismiss. Plaintiffs will separately seek leave to exceed the standard page count closer to the opposition deadline.

For these reasons, Plaintiffs respectfully request that the Court permit Plaintiffs to file their opposition to the pending motions to dismiss by November 8, 2024, and Defendants to file their replies by December 10, 2024.

DATED:  September 19, 2024        Respectfully submitted,

                                                    /s/ *Tyler R. Green*

Jeffrey M. Harris                            Tyler R. Green
   (DC Bar No. 994058)                 (DC Bar No. 982312)
Taylor A.R. Meehan*                 CONSOVOY MCCARTHY PLLC
   (DC Bar No. 106377)                 222 S. Main St., 5th Fl.
Frank H. Chang                           Salt Lake City, UT 84101
   (DC Bar No. 1686578)                (703) 243-9423
Daniel M. Vitagliano**                tyler@consovoymccarthy.com
   (DC Bar No. 90019860)
CONSOVOY MCCARTHY PLLC       Patrick Strawbridge*
1600 Wilson Blvd., Ste. 700           CONSOVOY MCCARTHY PLLC
Arlington, VA 22209                    Ten Post Office Square
(703) 243-9423                              8th Floor South PMB #706
jeff@consovoymccarthy.com         Boston, MA 02109
taylor@consovoymccarthy.com       (703) 243-9423
frank@consovoymccarthy.com        patrick@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*\* Pro hac vice*
*\*\* Supervised by principals of the firm admitted to practice in VA*

*Counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim*