IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION ET AL.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

**[PROPOSED] ORDER**

After considering Plaintiffs' consent motion filed on behalf of all parties to extend the deadline for Plaintiffs to respond to the pending motions to dismiss and to set the deadline for Defendants to file replies, it is hereby:

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiffs shall file their opposition to the motions to dismiss by November 8, 2024; and it is further ORDERED that Defendants shall file their replies by December 10, 2024.

Dated: _____ ____, 2024

                _____
                Judge Rudolph Contreras
                U.S. District Court for the District of Columbia