IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>     Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.; DISH NETWORK CORPORATION; THE GOODFRIEND GROUP, INC.; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>     Defendants. | Case No. 24-1204-RC |

**MOTION FOR RULE 11 SANCTIONS BY DEFENDANTS
DISH NETWORK CORPORATION AND CHARLES ERGEN**

Defendants DISH Network Corporation and Charles Ergen, by and through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 11, to impose monetary sanctions against Plaintiffs SGCI Holdings III LLC and Soohyung Kim and their counsel. This Motion is supported by the accompanying Statement of Points and Authorities in Support of the Motion for Rule 11 Sanctions By Defendants DISH Network Corporation and Charles Ergen.

Dated: August 30, 2024 [service date]　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STEPTOE LLP

　　　　　　　　　　　　　　　　　　　　By:  *s/ Elyse D. Echtman*
　　　　　　　　　　　　　　　　　　　　　　Elyse D. Echtman
　　　　　　　　　　　　　　　　　　　　　　D.D.C. Bar No. NY0583
　　　　　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　(212) 378-7551
　　　　　　　　　　　　　　　　　　　　　　eechtman@steptoe.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants DISH Network Corporation and Charles Ergen*