# EXHIBIT 8

**Case No. 24-1204**

Pantelis Michalopoulos
202 429 6494
pmichalo@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



**REDACTED—FOR PUBLIC INSPECTION**

December 28, 2022

***BY ELECTRONIC FILING***

Marlene Dortch
Secretary
Federal Communications Commission
45 L Street NE
Washington, DC  20554

Re:   Applications to Transfer Control of TEGNA, Inc., to Standard General, L.P, MB Docket No. 22-162

Dear Ms. Dortch:

  DISH Network Corporation ("DISH") writes to provide the Commission with the facts underlying a dispute that has arisen between two parties to this proceeding, the NewsGuild-CWA and Cox Media Group ("Cox").  The NewsGuild-CWA has cited a media report stating that "Dish Says Cox Wants to Include Standard General, Tegna Stations in Blackout Talks."[1]  Cox, for its part, denies that report, stating that it "has not sought and will never seek to negotiate retransmission consent for another company's stations."[2]

  The relevant demand from Cox to DISH is found on pages 3-4 of the enclosed term sheet (attached as Exhibit 1) that DISH received from Cox on November 19, 2022.  This document is being filed as Highly Confidential Information pursuant to the Protective Order in this docket.[3]  DISH is redacting the remainder of this document from the Highly Confidential version of this filing.  A public, redacted version of this filing is also being filed with the Commission.

---

[1] Letter from Andrew Jay Schwartzman to Marlene Dortch, FCC, MB Docket No. 22-162 at 1 (Dec. 9. 2022).

[2] Letter from Michael D. Basile, Counsel for Cox Media Group, to Marlene Dortch, FCC, MB Docket No. 22-162 (Dec. 14, 2022).

[3] Applications of TEGNA, Inc. and Standard General, L.P. and SCGI Holdings III, LLC, MB Docket No. 22-162, Protective Order, DA 22-604 (June 3, 2022).

EXHIBIT 8 - Page 001

**REDACTED—FOR PUBLIC INSPECTION**

Marlene Dortch
December 28, 2022
Page 2

                                                      Respectfully submitted,

                                                      <u>/s/ Pantelis Michalopoulos</u>
                                                      Pantelis Michalopoulos
                                                      *Counsel to DISH Network Corporation*

EXHIBIT 8 - Page 002

REDACTED—FOR PUBLIC INSPECTION

# Exhibit 1

EXHIBIT 8 - Page 003



EXHIBIT 8 - Page 004



2

EXHIBIT 8 - Page 005



3

EXHIBIT 8 - Page 006

4



EXHIBIT 8 - Page 007



5

EXHIBIT 8 - Page 008