# Exhibit 12

**Intentionally Omitted**
**Case No. 24-1204**