# Exhibit 13

**Case No. 24-1204**



Jeffrey H. Blum
Executive Vice President,
External & Legislative Affairs
Jeffrey.Blum@dish.com
(202) 463-3703

April 29, 2022

**VIA ELECTRONIC FILING**

Marlene H. Dortch, Secretary
Federal Communications Commission
45 L Street NE
Washington, DC 20554

Re:    Ex Parte Presentation in Expanding Flexible Use of the 12.2-12.7 GHz Band, WT Docket No. 20-443

Dear Ms. Dortch:

Pursuant to Section 1.1206 of the Commission's rules, 47 C.F.R. § 1.1206, DISH Network Corporation ("DISH") submits this letter summarizing a meeting on April 27, 2022 with Commissioner Brendan Carr and Greg Watson, Policy Advisor for Commissioner Carr. Present on behalf of DISH were Charlie Ergen, Chairman and Jeff Blum, Executive Vice President, External & Legislative Affairs.

During the meeting, DISH urged the Commission to adopt rules in the above-captioned proceeding to maximize use of the 12.2-12.7 GHz band (the "12 GHz band"). The 12 GHz band represents 500 megahertz of spectrum that is well-suited for terrestrial, two-way 5G use cases, while still protecting satellite operations. The Commission should act expeditiously to unlock the power of 5G-ready spectrum in this band.

*/s/ Jeffrey H. Blum*
Jeffrey H. Blum

cc:    Greg Watson

**1110 Vermont Avenue NW, Suite 450, Washington, D.C. 20005**

Exhibit 13 - Page 001