IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC; HOLLY SAURER, in her official capacity as Chief of the Media Bureau; THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.; DISH NETWORK CORPORATION; THE GOODFRIEND GROUP, INC.; THE NEWSGUILD-CWA; NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA; UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry; COMMON CAUSE; BYRON ALLEN; CHARLES ERGEN; and DAVID GOODFRIEND,<br><br>                    Defendants. | Case No. 24-1204-RC |

**[PROPOSED] ORDER GRANTING MOTION FOR RULE 11 SANCTIONS BY DEFENDANTS DISH NETWORK CORPORATION AND CHARLES ERGEN**

After considering the Motion for Rule 11 Sanctions By Defendants DISH Network Corporation ("DISH") and Charles Ergen ("Ergen"), the Statement of Points and Authorities in Support, the pleadings and papers filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** in its entirety:

1

1.     The Amended Complaint filed by Plaintiffs SGCI Holdings III LLC and Soohyung Kim (together, "Plaintiffs") as to DISH and Ergen is dismissed with prejudice.

2.     Plaintiffs and Plaintiffs' counsel, jointly and severally, shall pay monetary sanctions to DISH and Ergen in an amount covering all of the attorneys' fees and costs incurred by DISH and Ergen in connection with this matter, to be determined by agreement of the parties or by a fee petition filed by DISH and Ergen within 30 days of this Order.

Entered:                                                          _____
                                                                            Honorable Judge Rudolph Contreras
                                                                            United States District Judge

Prepared and Submitted by:

  Elyse D. Echtman
  D.D.C. Bar No. NY0583
  1114 Avenue of the Americas
  New York, New York 10036
  (212) 378-7551
  eechtman@steptoe.com

*Counsel for Defendants DISH Network Corporation and Charles Ergen*