# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SGCI HOLDINGS III LLC and
SOOHYUNG KIM,

          *Plaintiffs*,

v.

FEDERAL COMMUNICATIONS
COMMISSION et al.,

          *Defendants*.

Case No. 1:24-cv-1204-RC

## [PROPOSED] ORDER

After considering Defendants DISH Network Corp. and Charles Ergen's motion for Rule 11 sanctions and Plaintiffs' opposition and counter request for sanctions and an award of expenses incurred for the motion, it is hereby:

ORDERED that DISH and Mr. Ergen's motion is DENIED; it is further

ORDERED that Plaintiffs shall be awarded the reasonable expenses, including attorney fees and costs, incurred in opposing the motion.

Dated: _____ \_\_\_\_, 2024

                                      _____
                                      Judge Rudolph Contreras
                                      U.S. District Court for the District of Columbia