**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION et al.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

**DECLARATION OF TYLER R. GREEN**

I, Tyler R. Green, pursuant to 28 U.S.C. §1746, declare the following:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Consovoy McCarthy PLLC, counsel for Plaintiffs SGCI Holdings III LLC and Soohyung Kim. I am over eighteen years of age, have personal knowledge of the facts stated herein, and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants DISH Network Corp. and Charles Ergen's first motion for Rule 11 sanctions (excluding exhibits), served July 3, 2024.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' letter response to Defendants DISH Network Corp. and Charles Ergen's first motion for Rule 11 sanctions, served July 26, 2024.

2

4.     Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' letter response to Defendants DISH Network Corp. and Charles Ergen's second motion for Rule 11 sanctions, served September 20, 2024.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024.

_____
Tyler R. Green