IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL COMMUNICATIONS COMMISSION;<br>JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC;<br>HOLLY SAURER, in her official capacity as Chief of the Media Bureau;<br>THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.;<br>DISH NETWORK CORPORATION;<br>THE GOODFRIEND GROUP, INC.;<br>THE NEWSGUILD-CWA;<br>NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA;<br>UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry;<br>COMMON CAUSE;<br>BYRON ALLEN;<br>CHARLES ERGEN;<br>and DAVID GOODFRIEND,<br><br>　　　　　　Defendants. | Case No. 24-1204-RC |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS BY DEFENDANTS DISH NETWORK CORPORATION AND CHARLES ERGEN**

Defendants DISH Network Corporation ("DISH") and Charles Ergen ("Ergen"), by and through their undersigned counsel, hereby move this Court for a two-week extension of time, up to and including October 16, 2024, to file their Reply in Support of their Motion for Rule 11 Sanctions. In support of this Motion, DISH and Ergen state as follows:

    1.       On August 30, 2024, DISH and Ergen served their Motion for Rule 11 Sanctions (the "Motion") to Plaintiffs.

    2.       On September 20, 2024, Plaintiffs provided a letter response to the Motion.

    3.       On September 23, 2024 DISH and Ergen filed the Motion.  (ECF No. 59.)

    4.       On September 25, 2024, Plaintiffs filed a 45-page Opposition to the Motion. (ECF No. 60.)

    5.       Based on the unusual timing of the Opposition, conflicting demands on the attorneys' time, and the length of the Opposition, DISH and Ergen seek additional time for their Reply.

    6.       On September 27, 2024, counsel for DISH and Ergen asked counsel for Plaintiffs if Plaintiffs would agree to the relief requested in this motion.  Counsel for Plaintiffs told counsel for DISH and Ergen that Plaintiffs take no position on the relief requested in this motion.

    7.       This request is being made in good faith and is not brought to delay litigation or prejudice any party.

For these reasons, DISH and Ergen request that the Court grant leave to file their reply in support of the Motion on October 16, 2024.

Dated:  September 30, 2024                      Respectfully submitted,

                                                            STEPTOE LLP

                                                            By:  *s/ Elyse D. Echtman*

Elyse D. Echtman
D.D.C. Bar No. NY0583
1114 Avenue of the Americas
New York, New York 10036
(212) 378-7551
eechtman@steptoe.com

*Counsel for Defendants DISH Network Corporation and Charles Ergen*

## CERTIFICATE OF SERVICE

      I certify that I caused a true and accurate copy of the foregoing motion for extension of time and accompanying proposed order to be filed today, September 30, 2024, through the Court's CM/ECF system, which will send notice to all parties of record.

                                                            */s/ Elyse Echtman*
                                                            One of the Attorneys for Defendants DISH Network Corporation and Charles Ergen