IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC AND SOOHYUNG KIM,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION;<br>JESSICA ROSENWORCEL, in her official capacity as Chairwoman of the FCC;<br>HOLLY SAURER, in her official capacity as Chief of the Media Bureau;<br>THE ALLEN MEDIA GROUP, INC. f/k/a Entertainment Studios, Inc.;<br>DISH NETWORK CORPORATION;<br>THE GOODFRIEND GROUP, INC.;<br>THE NEWSGUILD-CWA;<br>NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS-CWA;<br>UNITED CHURCH OF CHRIST, OC INC., d/b/a United Church of Christ Media Justice Ministry;<br>COMMON CAUSE;<br>BYRON ALLEN;<br>CHARLES ERGEN;<br>and DAVID GOODFRIEND,<br><br>Defendants. | Case No. 24-1204-RC |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS BY DEFENDANTS DISH NETWORK CORPORATION AND CHARLES ERGEN**

After considering Defendants DISH Network Corporation's ("DISH") and Charles Ergen's ("Ergen") Motion for Extension of Time to File Reply in Support of their Motion for Rule 11 Sanctions, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**:

1

1. DISH and Ergen shall file their Reply in Support of their Motion for Rule 11 Sanctions by October 16, 2024.

Entered: _____
Honorable Judge Rudolph Contreras
United States District Judge

Prepared and Submitted by:

Elyse D. Echtman
D.D.C. Bar No. NY0583
1114 Avenue of the Americas
New York, New York 10036
(212) 378-7551
eechtman@steptoe.com

*Counsel for Defendants DISH Network Corporation and Charles Ergen*