IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION ET AL.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

**[PROPOSED] ORDER**

After considering Plaintiffs' motion for an enlargement of the page limit for their forthcoming consolidated opposition brief to Defendants' motions to dismiss, it is hereby:

ORDERED that the motion is GRANTED; it is further

ORDERED that Plaintiffs' forthcoming consolidated opposition brief to Defendants' motions to dismiss shall not exceed 140 pages.

Dated: _____ ____, 2024

                  _____
                  Judge Rudolph Contreras
                  U.S. District Court for the District of Columbia