IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, at al. <br><br> Defendants. | Case No. 24-1204-RC |

**CERTIFICATE REQUIRED BY LCvR 26.1**

Pursuant to Local Civil Rule 26.1, I, the undersigned, counsel of record for Defendant DISH Network Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of DISH Network Corporation which have any outstanding securities in the hands of the public:

- DISH Network Corporation is wholly-owned by EchoStar Corporation, which is a publicly traded company.

- BlackRock, Inc., a publicly traded company, owns 10% or more of EchoStar Corporation's stock.

- The Vanguard Group also owns 10% or more of EchoStar Corporation's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated: November 1, 2024 | Respectfully submitted,<br><br>STEPTOE LLP<br><br>By: *s/ Elyse D. Echtman*<br>Elyse D. Echtman<br>D.D.C. Bar No. NY0583<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 378-7551<br>eechtman@steptoe.com<br><br>*Counsel for Defendants DISH Network Corporation and Charles Ergen* |