UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al*.<br><br>*Defendants*. | Case No. 1:24-cv-01204 RC |

### LCvR 26.1 DISCLOSURE

Pursuant to Local Civil Rule 26.1, I, the undersigned counsel of record for United Church of Christ, OC Inc., d/b/a United Church of Christ Media Justice Ministry, certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries, affiliates, or companies, which own at least 10% of the stock of United Church of Christ, OC Inc., d/b/a United Church of Christ Media Justice Ministry.

Respectfully submitted,

*/s/ Paul M. Finamore*
Paul M. Finamore (# 423410)
Pessin Katz Law, P.A.
5950 Symphony Woods Road, Suite 510
Columbia, Maryland 21044
T: (410) 740-3170
pfinamore@pklaw.com
***Counsel for Defendant,***
***United Church Of Christ, OC Inc.,***
***D/B/A United Church Of Christ Media***
***Justice Ministry***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2024, a copy of the foregoing Disclosure was served via ECF upon all counsel of record.

*/s/ Paul M. Finamore*
Paul M. Finamore