IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM,<br><br>     *Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION ET AL.,<br><br>     *Defendants*. | Case No. 1:24-cv-1204-RC |

**[PROPOSED] ORDER**

After considering Defendants' motions to dismiss Plaintiffs' amended complaint, Dkts. 44, 46, 47, 49, 54-55, 56, 57, it is hereby:

ORDERED that the motions are DENIED.

Dated: _____ \_\_\_\_, 2024

               _____
               Judge Rudolph Contreras
               U.S. District Court for the District of Columbia